

# Fourth Court of Appeals
## San Antonio, Texas

March 31, 2020

No. 04-19-00586-CR

Victor Raul **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2018CRF000047-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

Appellant's Motion for Extension of Time to File the Brief is hereby GRANTED. Time is extended to April 27, 2020. **No further extensions of time will be granted absent extraordinary circumstances.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court